# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS and KEN KUGLER, | : |
| Plaintiffs, | : |
| v. | : 3:12-CV-1660 |
| | : (JUDGE MARIANI) |
| ALLEN FOX, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS __17__ TH DAY OF NOVEMBER 2014, upon consideration of Defendants' Motion to Dismiss (Doc. 59) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss (Doc. 59) is **DENIED**.

Robert D. Mariani
United States District Judge