THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT DAVIS and KEN KUGLER,      :

                   :

        Plaintiffs,        :

    v.                    :      3:12-CV-1660

                   :      (JUDGE MARIANI)

ALLEN FOX, et al.,         :

                   :

        Defendants.     :

## ORDER

AND NOW, THIS _3rd_ DAY OF MARCH 2015, upon consideration of Defendants'

Motion for Summary Judgment (Doc. 80), and all accompanying briefs, **IT IS HEREBY**

**ORDERED THAT:**

1.  Defendants' Motion for Summary Judgment (Doc. 80) is **GRANTED IN PART** and

    **DENIED IN PART**.

    a.  With regard to Counts I and II, Defendants' Motion is **DENIED**.

    b.  With regard to Count III, Defendants' Motion is **GRANTED IN PART** with

    respect to Defendant Wilkes only. Defendants' Motion is **DENIED IN PART** with

    respect to Defendant Fox. Plaintiffs' conspiracy claim against Defendant Fox

    remains.

2.  A telephone scheduling conference will be held on **THURSDAY, MARCH 12, 2015**

    **at 10:00 AM**. Plaintiffs' Counsel is responsible for arranging the call to (570) 207-

5750, and all parties should be ready to proceed before the undersigned is

contacted.


Robert D. Mariani
United States District Judge